**UNITED STATES DISTRICT COURT**
FOR THE United States District Court for the Western District of Washington

Clan R Jacobs

                                    Plaintiff,

v.                                                      Case No.: 3:09–cv–05359–RBL

                                                         Judge Ronald B. Leighton

Washington State Department of Corrections, et al.

                                    Defendant.

## MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION

| | |
|---|---|
| **8 DAYS** Jury **TRIAL** set for 09:00 AM on | October 25, 2010 |
| Deadline for the FILING of any motion to join parties not later than | 12/11/2009 |
| Disclosure of expert testimony under FRCP 26(a)(2) is due | 04/28/2010 |
| All motions related to discovery must be FILED by | 06/07/2010 |
| Discovery COMPLETED by | 06/28/2010 |
| All dispositive motions must be FILED by | 07/27/2010 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 08/26/2010 |
| Mediation per CR 39.1(c)(3) HELD no later than | 09/27/2010 |
| Letter of compliance as to CR 39.1 FILED by<br>    A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253–882–3823. | 10/04/2010 |
| Motions in limine must be FILED by<br>    and NOTED on the motion calendar no later than the second Friday thereafter. | 09/27/2010 |
| Agreed pretrial order OR, if counsel has agreed to dispense with the pretrial order, Witness and Exhibit Lists are due on | 10/08/2010 |
| Pretrial conference will be HELD at 08:30 AM on | October 15, 2010 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 10/13/2010 |

    Plaintiff's counsel shall serve a proposed set of requested jury instructions on defense counsel ten days BEFORE the pretrial conference. Defense counsel need not submit duplicate requests. Counsel shall FILE a set of JOINTLY REQUESTED jury instructions, and each counsel shall FILE INDIVIDUAL requested jury instructions. The UNCITED Version of the Jury Instructions shall also be sent to the Judge's Electronic Order Box at LeightonOrders@wawd.uscourts.gov. A Manual of Model Civil Jury Instructions For the Ninth Circuit – Latest Edition (West Publishing) should be used as the format for proposed

jury instructions.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court.

The BENCH COPY of the TRIAL EXHIBITS shall be delivered to chambers five days before the trial date.  Each set of bench copy exhibits should be submitted in a three−ring binder with appropriately numbered tabs.  Exhibits shall be clearly marked in accord with the exhibit list or the proposed pretrial order and the exhibit sticker should not cover any material on the exhibit.  If necessary, a separate sheet may be added to the exhibit to display the sticker.  The ORIGINAL exhibits shall be brought to court on the first day of trial.  Original exhibits may be contained in binders which are appropriately tabbed or individual folders clearly marked with the exhibit number.  Counsel should confer and present exhibits to the jury in a uniform fashion.  If you have additional questions regarding trial exhibit preparation you may contact Jean Boring, Courtroom Deputy, at 253−882−3823 or jean_boring@wawd.uscourts.gov.

Should this case settle, you should immediately contact Jean Boring.  If this case does not settled, it will go to trial on the date set or as soon thereafter as the court is available.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth – redact to the year of birth
- Names of Minor Children – redact to the initials
- Social Security Numbers – redact to the last four digits
- Financial Accounting Information – redact to the last four digits
- Passport Numbers and Driver License Numbers – redact in their entirety

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above−captioned matter must comply with the Privacy Policy and the General Order.

**As of MAY 1, 2004 all counsel should have registered for electronic service by documents and by JUNE 1, 2004 electronic filing became mandatory.  Pro se litigants may file either electronically or in paper form.  More information about electronic filing may be obtained through the court's website at www.wawd.uscourts.gov. Assistance is also available from the court by contacting the help desk at 1−866−323−9293.**

DATED:   November 11, 2009

The foregoing Minute Order entered by s/Jean Boring Deputy Clerk, **BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.**