# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLAN R. JACOBS, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington and ELDON VAIL, in his capacity as Secretary of the Department of Corrections and Washington Corrections Center; and DOUGLAS WADDINGTON, individually and in his capacity as Superintendent of Washington State Corrections Center, <br><br> Defendants. | NO. C09-5359 RBL <br><br> STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff Clan Jacobs, by and through his counsel, John Bonin, and the Defendants, the State of Washington Department of Corrections, Eldon Vail, and Douglas Waddington, by and through their counsel, Attorney General Robert M. McKenna and Assistant Attorney General Marie C. Clarke, to the following:

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE                    1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Under Fed. R. Civ. P. 68, Defendants offered to allow Plaintiff, Clan Jacobs, to take judgment against the State of Washington in this matter pursuant to the terms of the Defendants' Offer of Judgment served on January 15, 2010. Plaintiff has accepted the Defendants' Offer of Judgment. The parties have agreed that the Court shall enter Judgment as follows:

| | |
|---|---|
| Judgment Creditor: | Clan Jacobs |
| Judgment Creditor's Attorney: | John Bonin |
| Judgment Debtor: | State of Washington |
| Judgment Amount: | $50,001 |
| Pre-Judgment Interest: | $--0-- |
| Post-Judgment Interest: | $--0-- |
| Tax Consequences, Costs, and Attorney's Fees: | $22,000 |

The parties further agree that Judgment shall be entered pursuant to the terms of the Defendants' Offer of Judgment and this Stipulation, as set forth in the following Order:

STIPULATED AND AGREED this 5th day of April, 2010.

ROBERT M. MCKENNA
Attorney General

 /s/ Marie C. Clarke
MARIE C. CLARKE, WSBA #36146
Assistant Attorney General
Attorneys for Defendants


 /s/ John Bonin
JOHN BONIN, WSBA #25760
Attorney for Plaintiff

STIPULATED JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulation, and the Court being fully advised after a review of the files and records herein, now, therefore,

IT IS HEREBY ORDERED that Defendants, Washington State Department of Corrections, Eldon Vail, and Douglas Waddington shall be dismissed as parties in the above-entitled action with prejudice.

IT IS FURTHER ORDERED AND DECREED that pursuant to the provisions of RCW 4.92, judgment may be taken by Plaintiff against the Defendant State of Washington in the amount of $50,001. Additionally, Defendant State of Washington shall pay Plaintiff's tax consequences, awardable costs, and reasonable attorney's fees in the sum of Twenty Two Thousand and No/100 Dollars ($22,000).  Additionally, this judgment may not be construed as an admission that any Defendant is liable, or that any claimed injuries or damages are the result of any action or inaction on the part of any Defendant.

IT IS FURTHER ORDERED AND DECREED this judgment shall resolve finally all legal and equitable relief sought by Clan Jacobs in this case against the Defendants State of Washington Department of Corrections, Eldon Vail, and Douglas Waddington, as well as any other current or former employees or agents of the state.

//
//
//
//
//
//

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE    3    ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

IT IS FURTHER ORDERED AND DECREED that the state of Washington shall, within a reasonable period of time, pay for the benefit of the Plaintiff the sums above, totaling Seventy Two Thousand One and No/100 Dollars ($72,001), and that upon payment of said sum, a Satisfaction of Judgment shall be filed.

DATED this 6th day of April, 2010.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300